NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: DIMITAR V. BARONOV, EVAN J. BUTLER, JESSE M. LOCK, MICHAEL F. MCMANUS,**
*Appellants*

---

2018-1730

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/826,441.

---

## JUDGMENT

---

RONALD E. CAHILL, Nutter McClennen & Fish LLP, Boston, MA, argued for appellants.

COKE MORGAN STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, AMY J. NELSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (Taranto, Schall, and Chen, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court

April 5, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court